IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 12-30198-DRH |
| vs. | ) | |
| | ) | |
| CYMICA GRANT, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION TO DISMISS**

The United States of America, by and through its attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Katherine L. Lewis, Assistant United States Attorney for said district, moves to dismiss Count 2 of the Indictment, Doc. 1, upon sentencing and in support thereof states as follows:

1. On July 19, 2012, a grand jury sitting in the Southern District of Illinois returned a two count indictment against the defendant, Cymica Grant. Both counts charged Grant with Embezzlement of Public Funds in violation of Title 18, United States Code, Section 641.

2. On March 7, 2013, Grant entered an open plea of guilty to Count 1 of the indictment. Counsel for the government advised the Court that Count 2 would be dismissed at the time of sentencing. A written agreement to plead guilty filed at the change of plea hearing also stated that the government would dismiss Count 2 at the time of sentencing.

3. A sentencing hearing in this case is scheduled for June 6, 2012.

WHEREFORE, the United States of America respectfully requests that the Court dismiss Count 2 of the Indictment at the sentencing hearing on June 6, 2012.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney


s/*Katherine L. Lewis*
KATHERINE L. LEWIS
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 628-3720
E-mail:  Katherine.Lewis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 12-30198-DRH |
| vs. ) | |
| ) | |
| CYMICA GRANT, ) | |
| ) | |
| Defendant. ) | |

**Certificate of Service**

I hereby certify that on June 5, 2013, I caused to be electronically filed Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Christopher P. Threlkeld**   cthrelkeld@lbtdlaw.com,

and I hereby certify that on June 5, 2013, I caused to be mailed by United States Postal Service, the document(s) to the following non-registered participants:

none.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

s/*Katherine L. Lewis*
KATHERINE L. LEWIS
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 628-3720
E-mail:  Katherine.Lewis@usdoj.gov

3