IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CYMICA GRANT,

Defendant.                                    Case No.  12-30198-DRH

### ORDER

On June 6, 2013, the Court entered judgment in this case.  The Court deferred for 90 days, however, the determination of restitution, stating "An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination."  Now before the Court is the Government's Unopposed Motion to Amend Judgment ("Motion") to include an order for restitution in the amount of $25,267.50.

The Court hereby **GRANTS** the Motion and amends the final judgment to include an order that the Defendant make restitution in the amount of $25,267.50 payable to the Illinois Department of Employment Security.

**IT IS SO ORDERED**.

Signed this 22nd day of August, 2013

David R. Herndon
2013.08.22
14:17:39
-05'00'

**Chief Judge**
**United States District Court**