IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                            Case No. 12-CR-30198-001-DRH

**CYMICA GRANT,**

      **Defendant,**

===================================
**WASHINGTON UNIVERSITY,**

      **Garnishee.**

### GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on February 21, 2017, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, and that Garnishee is indebted to Defendant for wages as they become due and payable.

On February 7, 2017, the Defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED,** Garnishee is to pay the difference between the existing garnishment for a defaulted student loan and 25% of the Defendant's net wages to the Plaintiff, and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant, or until further Oder of this Court. Payments are

made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.   Defendant's name and the case number should be included with the payments.

The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

Signed this 3rd day of March, 2017.

Digitally signed by
Judge David R. Herndon
Date: 2017.03.03
10:02:14 -06'00'

**United States District Court Judge**